IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No.: 7:16-CV-0019-FL

The Estate of KEITH ANTHONY VIDAL, )
by and through his Personal Representative, )
MARY ERRIGO WILSEY )
)
        Plaintiff, )
)
vs. )
) **ORDER**
BRYON VASSEY, in his official and )
individual capacity; CITY OF )
SOUTHPORT; CITY OF BOILING )
SPRING LAKES; and JOHN W. INGRAM, )
V., in his official capacity as Sheriff of )
Brunswick County )
)
        Defendants. )
)
)

    THIS MATTER, coming before the undersigned on Motion of the Defendants Bryon Vassey, in his official and individual capacity and the City of Southport for an Order to Stay Proceedings;

    AND THE COURT, having reviewed Defendants' Motion and Memorandum as well as other materials of file, being of the opinion that:

    1.    The interests of the Plaintiff in proceeding expeditiously with this litigation is not materially affected and the Plaintiff will not be prejudiced by any delay associated with the requested stay;

    2.    Denial of the Motion would result in substantial burden on the moving Defendants;

    3.    The convenience to the Court in the management of its cases and the efficient use of judicial resources is best served by granting the Motion;

    4.    The interests of persons not parties to this action will not be affected by granting this Motion;

5. The interests of the public in the pending civil and criminal litigation will not be materially affected by allowing this Motion; and

6. Good cause exists for granting the Motion.

WHEREFORE, based upon the foregoing, it is hereby ORDERED in the discretion of the Court, that this matter is and hereby shall be STAYED until 2 May 2016 or until the conclusion of the trial in State v Bryon Vassey- 14 CRS 000247-Brunswick County, whichever occurs later.

SO ORDERED this the 5th day of April 2016.

Judge Louise W. Flanagan
United States District Judge

lbarnette@stiller-disbrow.com
*Attorney for Plaintiff*

Christopher J. Geis, Esq.
Womble Carlyle Sandridge & Rice
One West Fourth Street
Winston-Salem, NC 27101
cgeis@wcsr.com
*Attorney for John W. Ingram*

Benton L. Toups, Esq.
Cranfill Sumner & Hartzog, LLP
319 N. 3rd Street, Suite 300
Wilmington, NC 28401
btoups@cshlaw.com
*Attorney for Boiling Spring Lakes*

Patrick H. Flanagan, Esq.
Cranfill Sumner & Hartzog, LLP
PO Box 30787
Charlotte, NC 28230
phf@cshlaw.com
*Attorney for Boiling Spring Lakes*

This the 23rd day of March, 2016.

CROSSLEY MCINTOSH COLLIER HANLEY & EDES, PLLC

/s/ Clay Allen Collier
Clay Allen Collier
State Bar Number: 13266
Brian E. Edes
State Bar Number: 25415
Norwood P. Blanchard, III
State Bar Number: 26470
5002 Randall Parkway
Wilmington, NC 28403
Phone: 910-762-9711
clayc@cmclawfirm.com
briane@cmclawfirm.com
Norwood@cmclawfirm.com